S. LANE TUCKER
United States Attorney

ALANA B. WEBER
CHRISTOPHER SCHROEDER
STEPHAN COLLINS
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: alana.weber@usdoj.gov
Email: christopher.schroeder@usdoj.gov
Email: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>ASHLEY ELIZABETH KATELNIKOFF,<br>GERRY CABATBAT PUGAL, and<br>KALANI WILSON COYLE,<br><br>          Defendants. | No.   3:25-cr-00005-SLG-KFR<br><br>COUNT 1:<br>CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES RESULTING IN DEATH<br>  Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) and (b)(1)(C)<br><br>COUNT 2:<br>DISTRIBUTION OF FENTANYL RESULTING IN DEATH<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 3:<br>ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning on a precise date unknown to the Grand Jury, but no later than February 2022, and continuing to at least July 5, 2023, within the District of Alaska and elsewhere, the defendants, ASHLEY ELIZABETH KATELNIKOFF and GERRY CABATBAT PUGAL, did knowingly and intentionally combine, conspire, confederate, and agree with one another and with others both known and unknown to the Grand Jury to distribute and possess with the intent to distribute controlled substances, to wit: 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, heroin, and cocaine.

Furthermore, on or about August 25-26, 2022, the death and serious bodily injury of Victim J.H. resulted from the use of the fentanyl that was the object of the conspiracy.

All in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) and (b)(1)(C).

## COUNT 2

On or about August 25, 2022, within the District of Alaska, the defendant, ASHLEY ELIZABETH KATELNIKOFF, did knowingly and intentionally distribute a controlled substance, to wit: N-phenyl-N- [1-(2-phenethyl)-4-piperidinyl] propenamide, commonly known as fentanyl, the use of which resulted in the death and serious bodily injury of Victim J.H. on or about August 25-26, 2022.

All in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 3:

Beginning on or about November 21, 2022, and continuing until on or about November 29, 2022, within the District of Alaska, the defendants GERRY CABATBAT PUGAL and KALANI WILSON COYLE did knowingly and intentionally attempt to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, heroin, and cocaine.

All in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) and (b)(1)(C).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Alana B. Weber
ALANA B. WEBER
Assistant U.S. Attorney
United States of America


s/ Kate Vogel for
S. LANE TUCKER
United States Attorney


DATE: 1/21/2025